STATE OF NEW JERSEY v.
ALFRED A. PORRO AND THOMAS JONES.

June 27, 1978. ORDERED that the within appeal is hereby dismissed. (See 152 *N. J. Super.* 179)

STATE OF NEW JERSEY v. EUGENE MARCHETTA.

July 11, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WAYNE REYNOLDS.

July 11, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID TAYLOR.

July 11, 1978. Petition for certification denied.

FRANK KOPCZYK v. C. F. & I. STEEL CORPORATION.

July 11, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH EARL KNIGHT.

July 11, 1978. Petition for certification denied.